UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IVAN GABRIEL ISLAS,

          Plaintiff,

   v.

BANK OF AMERICA,

          Defendant.

Case No. C24-493 JHC

ORDER

     Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

     The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John H. Chun.

ORDER - 1

1    Dated this 16th day of April, 2024.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2