UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN GABRIEL ISLAS,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA,<br><br>Defendant. | CASE NO. 2:24-cv-00493-JHC<br><br>ORDER GRANTING EXTENSION |

Before the Court is Plaintiff's letter requesting an extension to file an amended complaint. Dkt. # 12. Plaintiff says that because he does not receive e-service, he did not receive the Court's previous order (Dkt. # 11) until July 10, 2024, and therefore could not meet the Court's July 14, 2024, deadline. Dkt. # 12. Plaintiff requests that the Court extend the deadline to file an amended complaint.

Federal Rule of Civil Procedure 6(b) allows the Court to extend a deadline for good cause. Fed. R. Civ. P. 6(b)(1). Plaintiff has shown good cause. Thus, the Court GRANTS Plaintiff's motion. Dkt. # 12. Plaintiff has until August 16, 2024, to file an amended complaint.

/

/

ORDER GRANTING EXTENSION - 1

Dated this 25th day of July, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING EXTENSION - 2