UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IVAN GABRIEL ISLAS,

               Plaintiff,

     v.

BANK OF AMERICA,

               Defendant.

CASE NO. 2:24-cv-00493-JHC

ORDER

This matter comes before the Court sua sponte.  The Court has reviewed Plaintiff's response, Dkt. # 16, to the order to show cause at Dkt. # 15.  Plaintiff incorrectly asserts that court approval of the complaint is needed to proceed with service of process.  The Court understands Plaintiff is self-represented.  The Court EXTENDS the deadline for service to November 12, 2024.  If service is not effectuated by that date, the Court may dismiss this matter without prejudice.

/

/

/

/

ORDER - 1

Dated this 9th day of October, 2024.

John H. Chun
United States District Judge

ORDER - 2