UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN GABRIEL ISLAS,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA,<br><br>Defendant. | CASE NO. 2:24-cv-00493-JHC<br><br>ORDER |

The Court previously extended the deadline for service to November 12, 2024. Dkt. # 17. The Court understands that Plaintiff proceeds *pro se* and *in forma pauperis*. Dkt. # 5. On November 14, 2024, Plaintiff filed proof of service stating that Plaintiff himself served Defendant on November 4, 2024. Dkt. # 19. But a party to a case may not effectuate service. Fed. R. Civ. P. 4(c)(2). The Court extends the deadline for service to December 20, 2024. If service is not effectuated by that date, the Court will dismiss this matter without prejudice. The Court directs Plaintiff to refer to the Court's guide for plaintiffs proceeding *pro se*:

https://www.wawd.uscourts.gov/sites/wawd/files/ProSeGuidetoFilingYourLawsuitinFederalCourt.pdf.

/

ORDER - 1

1 | Dated this 21st day of November, 2024.

John H. Chun
United States District Judge

ORDER - 2