UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN GABRIEL ISLAS, | Case No. 2:24-CV-00493-JHC |
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

THIS MATTER comes before the Court on defendant Bank of America, N.A.'s Motion for Extension of Time to Respond to Plaintiff's Complaint, Dkt. # 22, and Plaintiff's motion for default judgment, Dkt. # 23. The Court finds that the request for an extension was made before the time to respond to the Complaint had expired and good cause exists to extend the deadline. The Court therefore GRANTS that motion, Dkt. # 22, and ORDERS that Defendant's deadline to respond to Plaintiff's Complaint is extended through and including December 16, 2024. The Court STRIKES the motion for default judgment, Dkt. # 23, as moot.

DATED this 6th day of December, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 1