UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IVAN GABRIEL ISLAS,

    Plaintiff,

v.

BANK OF AMERICA,

    Defendant.

Case No. 2:24-CV-00493-JHC

ORDER

This matter comes before the Court on pro se Plaintiff's apparent motion for prejudgment remedies at Dkt. # 27.[1] In the motion, Plaintiff says, "I seek prejudgement remedies an award of 1,879,290 $ million due to net income and up to 2,276,140 $ million due to gross income from possible lost wages . . . plus restitution." *Id.* Plaintiff cites no legal authority to support the request; nor is the Court aware of any. Accordingly, the Court DENIES the motion.

DATED this 13th day of January, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

---

[1] Defendant did not file an opposition to the apparent motion. This may be because it does not clearly purport to be a motion. For example, it says, "I would like to file a motion for pre-judgement remedies." Dkt. # 27.

ORDER - 1