UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN GABRIEL ISLAS, | Case No. 2:24-CV-00493-JHC |
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

THIS MATTER comes before the Court on pro se Plaintiff's motions at Dkt. ## 28 and 29. Defendant did not file an opposition to either motion. The Court has reviewed the motions, the rest of the file, and the governing law. Being fully advised, the Court rules as follows:

With respect to both motion documents, to the extent that they are submissions in opposition to Defendant's pending motion to dismiss at Dkt. # 26, the Court will consider them as such. *See* LCR 7.

With respect to the motion at Dkt. # 28, to the extent it is a motion for leave to amend the complaint, the Court DENIES it as it does not attach a copy of the proposed amended pleading as an exhibit. *See* LCR 15(a). To the extent it is a discovery motion, the Court DENIES it for failure to comply with the discovery rules of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 26 to 37.

ORDER - 1

With respect to the motion at Dkt. # 29, to the extent it is a motion for leave to amend the complaint, the Court DENIES it without prejudice. The portion of the motion that appears to be the proposed amended complaint, Dkt. # 29 at 3-7, is handwritten and the Court does not find it to be completely legible. The Court notes that Plaintiff is able to type submissions to the Court. *See, e.g.*, Dkt. # 28.

DATED this 27th day of January, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 2