UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IVAN GABRIEL ISLAS,

    Plaintiff,

v.

BANK OF AMERICA,

    Defendant.

Case No. 2:24-CV-00493-JHC

ORDER

This matter comes before the Court on Defendant Bank of America, N.A.'s Motion to Dismiss Plaintiff's Complaint. Dkt. # 26.

The motion, filed on December 16, 2024, seeks dismissal of the original complaint in this matter. *Id.* at 1 (citing the original complaint at Dkt. # 6). But that complaint was dismissed without prejudice on July 1, 2024. Dkt. # 11. Plaintiff filed his amended complaint on August 19, 2024, Dkt. # 14, and that is the operative pleading in this matter.

Accordingly, the Court STRIKES the motion as moot. Defendant may file a timely motion to dismiss the amended complaint.

DATED this 3rd day of February, 2025.

                                                        JOHN H. CHUN
                                                        UNITED STATES DISTRICT JUDGE

ORDER - 1